WILLIAM A. MILLIKEN, Respondent, *v.* NAPOLEON B. DOTSON, Appellant.

*Milliken* v. *Dotson,* 117 App. Div. 527, appeal dismissed.
(Argued March 15, 1909; decided March 23, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1908, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover upon a foreign judgment.

The motion was made upon the grounds that the appeal was frivolous and taken for purposes of delay only.

*James W. Osborne* for motion.

*Francis C. Schwab* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.